NO. 07-01-0469-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL A

MAY 7, 2002

_____


FLYNN W. STEWART, APPELLANT

V.

LINDA LINER, LAST SURVIVING INDEPENDENT EXECUTRIX
OF THE ESTATE OF LENA STEPHENS, APPELLEE

_____

FROM THE COUNTY COURT AT LAW NO. ONE OF LUBBOCK COUNTY;

NO. 2000-589,066; HONORABLE PAULA LANEHART, JUDGE

_____

Before BOYD, C.J., and REAVIS and JOHNSON, JJ.

Pending before this Court is Flynn W. Stewart's "Notice of Abandonment of Appeal" by which he expresses that he no longer desires to pursue his appeal. Stewart indicates that the parties have settled all controversies between them. We grant the motion and dismiss the appeal.

Without passing on the merits of the case, the motion is granted and the appeal is hereby dismissed. Tex. R. App. P. 42.1(a)(2). Having dismissed the appeal at Stewart's request, no motion for rehearing will be entertained and our mandate will issue forthwith.

Don H. Reavis
Justice

Do not publish.